UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-10701 |
| | ) | |
| MICHAEL R. WILLIAMS | ) | Chapter: 7 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING AUTOMATIC STAY

This cause coming before the Court upon the Motion of 50 PLUM GROVE ROAD 208 LLC to Modify the Automatic Stay pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Motion of 50 PLUM GROVE ROAD 208 LLC to modify Automatic Stay is hereby granted;

2. That the automatic stay provided by Section 362 of the Bankruptcy Code is hereby modified to permit 50 PLUM GROVE ROAD 208 LLC to either take possession of or commence forcible action to secure possession of the Apartment known as 50 Plum Grove, Unit 208, Palatine, Illinois 60067 which is the subject of its Motion and as provided by Illinois law and statute; and,

3. That Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: 25 JUL 2019

**Prepared by:**

Michael J. Gilmartin(Ill. #6281797)
Gilmartin Legal, LLC
512 W. Burlington Ave., Suite 3   La Grange, Illinois 60525
(708) 469-7940
(708) 469-1624 (facsimile)

50 Plum Grove/Williams/Motion to Modify Stay